*Friday, May 1, 1992*
## MOTION DOCKET

**91-2569.** Osher v. Tracy. Board of Tax Appeals, No. 89-C-442. On request for oral argument. Request granted.

**92-571.** McCarthy v. Groszewski. *Lucas County*, No. L-91-199. On motion for stay. Motion denied.

*Monday, May 4, 1992*
## MISCELLANEOUS DISMISSALS

**91-1830.** Russell v. Foldes. *Allen County*, No. 1-91-46. *Sua sponte*, cause dismissed for want of prosecution, effective May 1, 1992.

*Wednesday, May 6, 1992*
## MERIT DOCKET

**92-132.** State v. Calhoun. *Cuyahoga County*, No. 59370. *Sua sponte*, cause dismissed. MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92-178.** State v. Haskins. *Montgomery County*, No. 12729. *Sua sponte*, cause dismissed. MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92-389.** State, ex rel. Gouge, v. Stuard. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed. MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92-390.** State, ex rel. Aqeel, v. Morris. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed. MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92-392.** State, ex rel. Aqeel, v. Capots. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed. MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92-394.** State, ex rel. Vallejo, v. Mayberry. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed. MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92-398.** State, ex rel. Hurst, v. Wilkinson. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed. MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92-409.** State, ex rel. Donald, v. Judges of the Hamilton Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed. MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92-442.** Akron v. McMaster. *Summit County*, No. 15149. On motion to dismiss. Motion to dismiss sustained. Cause dismissed. MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92-446.** State, ex rel. Thrower, v. Slaby. *Sua sponte*, cause dismissed. MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92-478.** Gregory v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed. MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.